UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., J.C., and T.C., by and through their GUARDIAN, MELANIE CABELKA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; COUNTY OF SAN DIEGO HEALTH AND HUMAN SERVICES; CASEY FAMILY PROGRAMS; SARAH WILSON, individually; CARLOS OMEDA, individually; FATIMAH ABDULLAH, individually; LAUREL BREDTHAUER, individually; MARILYN SPROAT; and DOES 1 through 100,<br><br>Defendants. | Case Nos.: 18-cv-0013-WQH-KSC<br>18-cv-0014-WQH-KSC<br>18-cv-0016-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

The matters before the Court are three motions filed by Defendants County of San Diego, Sarah Wilson, Carlos Olmeda, and Fatimah Abdullah (the "County Defendants"): (1) the Motion to Consolidate (ECF No. 6) filed in *D.C. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; (2) the Motion to Consolidate (ECF No. 7) filed in *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and (3) the Motion to Consolidate (ECF No. 7) filed in *T.C. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC. The County Defendants move the Court to consolidate the following cases: *D.C. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and *T.C. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC. The record reflects that no party has filed a Notice of Opposition to any of the Motions to Consolidate.

IT IS HERERBY ORDERED that the Motions to Consolidate (ECF No. 6 in *D.C. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; ECF No. 7 in *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and ECF No. 7 in *T.C. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC) are GRANTED. *D.C. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and *T.C. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC are consolidated for all purposes. *D.C., J.C., and T.C., by and through their Guardian, Melanie Cabelka, v. County of San Diego, County of San Diego Health and Human Services, Casey Family Programs, Sarah Wilson, Carlos Olmeda, Fatimah Abdullah, Laurel Bredthauer, and Marilyn Sproat*, 18-cv-0013-WQH-KSC shall be the lead case and all subsequent pleadings and motions shall be filed under this caption and case number.

IT IS FURTHER ORDERED that Plaintiffs shall file a First Amended Complaint in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC containing all of their claims from *D.C. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and *T.C. v. County of San Diego et al.*, 18-cv-

0016-WQH-KSC by March 16, 2018. Defendants shall respond to the First Amended Complaint within 60 days of the date of the filing of the First Amended Complaint. Upon the filing of the First Amended Complaint in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC, the Clerk of the Court shall administratively close *J.C. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC and *T.C. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC.

IT IS FURTHER ORDERED that the following documents are HEREBY SEALED: (1) ECF Nos. 1 through 11 in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC; (2) ECF Nos. 1 through 12 in *J.C. et al. v. County of San Diego et al.*, 18-cv-0014-WQH-KSC; and (3) ECF Nos. 1 through 12 in *T.C. et al. v. County of San Diego et al.*, 18-cv-0016-WQH-KSC. All subsequent filings in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC must comply with the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, including subsection 1.h.2 ("[P]arties must refrain from including . . . from all pleadings and documents filed with the court . . . [n]ames of minor children. If the involvement of a minor child must be mentioned, only the initials of that child should be used.").

Dated: February 15, 2018

Hon. William Q. Hayes
United States District Court