UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CABELKA; D.C., J.C., and T.C., by and through their GUARDIAN, MELANIE CABELKA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; COUNTY OF SAN DIEGO HEALTH AND HUMAN SERVICES; CASEY FAMILY PROGRAMS; SARAH WILSON, individually; CARLOS OMEDA, individually; FATIMAH ABDULLAH, individually; LAUREL BREDTHAUER, individually; MARILYN SPROAT; and DOES 1 through 100,<br><br>Defendants. | Case Nos.: 18-cv-0013-WQH-KSC<br>18-cv-1756-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

Before the Court is the Motion to Consolidate (ECF No. 51) filed by Defendants in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC, and the Motion to Consolidate (ECF No. 18) filed by Defendants in *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC.

The County Defendants move the Court to consolidate *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC and *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC. The record reflects that no party has filed a Notice of Opposition to either of the Motions to Consolidate.

IT IS HERERBY ORDERED that the Motions to Consolidate (ECF No. 51) in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC and (ECF No. 18) in *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC are GRANTED. *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC and *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC are consolidated for all purposes. *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC shall be the lead case and all subsequent pleadings and motions shall be filed under this caption and case number.

IT IS FURTHER ORDERED that Plaintiffs shall file a Second Amended Complaint in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC containing all of their claims from *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC and *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC. Defendants shall respond to the Second Amended Complaint within 60 days of the date of the filing of the Second Amended Complaint.

Upon the filing of the Second Amended Complaint in *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC, the Clerk of the Court shall administratively close *Cabelka v. County of San Diego et al.*, 18-cv-1756-WQH-KSC.

IT IS FURTHER ORDERED that in the matter of *D.C. et al. v. County of San Diego et al.*, 18-cv-0013-WQH-KSC, Defendants' Motion to Strike (ECF No. 23), and Defendants' Motions to Dismiss (ECF Nos. 24, 30, 40) are DENIED as moot. Any motions to dismiss or strike may be refiled by Defendants after Plaintiffs' Second Amended Complaint has been filed.

Dated: November 14, 2018

*(signature)*
Hon. William Q. Hayes
United States District Court