UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., J.C., and T.C.,  by and through their Guardian, MELANIE CABELKA; and MELANIE CABELKA, individually,<br><br>                                                  Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SARAH WILSON; CARLOS OMEDA; FATIMAH ABDULLAH; MARILYN SPROAT; and DOES 1-100,<br><br>                                                  Defendants. | Case No.:  18cv13-NLS<br><br>**ORDER FOR FURTHER RESPONSE REGARDING PLAINTIFFS' MOTION FOR GUIDANCE REGARDING SETTLEMENT** |

Before the Court is Plaintiffs' Motion for Guidance regarding the Disbursement of Settlement Funds.  ECF No. 177.  The Court previously ordered Plaintiffs to show cause as to whether D.C.'s best interests should still be served through a special needs trust or similar vehicle for disbursement.  ECF No. 181.

//

//

//

On February 3, 2023, Plaintiffs submitted a brief pursuant to the Court's order. ECF No. 182. The Court now **ORDERS** Defendants to submit a response by **February 20, 2023**.

    **IT IS SO ORDERED.**

Dated: February 7, 2023

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge