UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., J.C., and T.C., by and through their Guardian, MELANIE CABELKA; and MELANIE CABELKA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SARAH WILSON; CARLOS OMEDA; FATIMAH ABDULLAH; MARILYN SPROAT; and DOES 1-100,<br><br>Defendants. | Case No.: 18cv13-NLS<br><br>**ORDER SETTING STATUS CONFERENCE** |

On March 7, 2023, the Court held a status conference on Plaintiffs' motion for guidance regarding the distribution of settlement funds. ECF No. 186. Pursuant to the discussion therein, the Court **ORDERS** as follows. By **March 28, 2023**, Plaintiffs shall:

1) File, under seal if necessary, an unredacted copy the report of Dr. Judy Ho (redacted version currently filed at ECF No. 182-8). The unredacted copy must also contain a date showing when Dr. Ho wrote the report.

2) File an affidavit from D.C.'s current therapist that outlines his current mental health, including whether he needs a conservatorship or guardianship or whether he is capable of managing his own property and making appropriate

1

decisions regarding his health and safety, what mental health care is needed going forward, what is the cost of that care, and whether the settlement funds will be used to pay for that care.

3) A proposed order, to be lodged with the Court at efile_stormes@casd.uscourts.gov, for the disbursement of settlement funds.

**IT IS SO ORDERED.**

Dated: March 7, 2023

Hon. Nita L. Stormes
United States Magistrate Judge