UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., J.C., and T.C., by and through their Guardian, MELANIE CABELKA; and MELANIE CABELKA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SARAH WILSON; CARLOS OMEDA; FATIMAH ABDULLAH; MARILYN SPROAT; and DOES 1-100,<br><br>Defendants. | Case No.: 18cv13-NLS<br><br>**ORDER GRANTING REQUEST FOR EXTENSION**<br><br>**[ECF No. 195]** |

On March 29, 2023, the Court issued an order directing the parties to select a forensic psychologist to evaluate Plaintiff D.C. and submit a report to the Court. ECF No. 191. The Court set extended the deadline for the selection to April 19, 2023. ECF No. 194. On April 19, 2023, the parties filed a status report requesting more time to finalize the selection. ECF No. 195.

The Court **GRANTS** one more extension on this deadline to **May 5, 2023** for the parties to agree on a psychologist. The Court also extends the deadline for the parties to submit the report to **June 16, 2023.** The Court cautions the parties that it is not inclined to grant any further extensions of the selection deadline absent extraordinary

1

circumstances, and if the parties cannot agree by the new deadline, the Court will order the parties to use the services of Dr. Stark.

**IT IS SO ORDERED.**

Dated: April 20, 2023

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge